AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Warsaw Williams | ) | Case No: 1:09CR10022-001 |
| | ) | USM No: 06786-010 |
| Date of Original Judgment: April 07, 2011 | ) | |
| Date of Previous Amended Judgment: N/A | ) | William A. McLean |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 28 2012

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  April 07, 2011  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/28/12

_____
Judge's signature

Harry F. Barnes
Printed name and title

District Judge (Senior)

Effective Date: _____
*(if different from order date)*